**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

MICHELLE SANDS

No. 1:26-cr- 00038-JAW³ P 5 36

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE - FIVE
### Uttering Counterfeit Obligations

On about the dates set forth below, in the District of Maine, the defendant,

### MICHELLE SANDS,

with intent to defraud, did pass and utter to Bangor Federal Credit Union, falsely made, forged, counterfeited and altered obligations of the United States, that is, the United States Treasury Checks referenced below, which she knew to be falsely made, forged, counterfeited and altered, as follows:

| Count | Approximate Date | Serial Number | Approximate Amount |
|-------|------------------|---------------|--------------------|
| ONE | 5/16/2024 | 40719860 | $1,467.61 |
| TWO | 5/23/2024 | 48274574 | $6,226.00 |
| THREE | 5/31/2024 | 42968834 | $2,268.00 |
| FOUR | 5/31/2024 | 42968974 | $2,054.00 |
| FIVE | 6/26/2024 | 37624775 | $11,660.23 |

Thus, the defendant violated Title 18, United States Code, Sections 472.

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

_____

Assistant U.S. Attorney

Date: 4/8/26