handwritten: 1:26-cr-00038-JAW

**Synopsis**

| | |
|---|---|
| **Name:** | Micelle Sands |
| **Address:** (City & State Only) | Brewer, Maine |
| **Year of Birth and Age:** | 1986, 39 |
| **Violations:** | Counts One - Five: Passing/Uttering Counterfeit Obligation, 18 U.S.C. § 472 |
| **Penalties:** | Counts One - Five: Imprisonment of not more than twenty years and a fine not to exceed $250,000. 18 U.S.C. § 472. |
| **Supervised Release:** | Counts One - Five: Not more than 3 years, 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One - Five: Not more than 2 years, 18 U.S.C. § 3583(e). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One - Five: Not more than 3 years less any term of imprisonment imposed upon revocation of supervised release, 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Federal Public Defender |
| **Primary Investigative Agency and Case Agent Name:** | IRS-CI, Joe Durak |
| **Detention Status:** | Summons |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | NA |
| **County:** | Penobscot |
| **AUSA:** | Sean Green |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution? Y/N** | Yes |
| **Assessments:** | $100 per count |

| | |
|---|---|
| **Forfeiture? Y/N** | No |